FILED
August 14, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>XIU RU LI,<br><br>    Defendant. | Case No. 2:17-cr-00136-KJM<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, XIU RU LI, Case No. 2:17-cr-00136-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $50,000.00.

        _X_ Co-signed Unsecured Appearance Bond

        ___ Secured Appearance Bond

        _X_ (Other) Conditions as stated on the record.

        _X_ (Other) The bond paperwork shall be filed by 8/21/2017.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 8/14/2017 at 2:35 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge