1 LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
2 455 Capitol Mall, Suite 802
3 Sacramento, California 95814
(916) 504-3933
4 toddleras@gmail.com
Attorney for Defendant
5 DAO WEI

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Case No.: 2:17-cr-136 KJM |
| 12 Plaintiff, | |
| 13 vs. | STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING DEFENDANT SPECIAL CONDITIONS OF RELEASE FOR DEFENDANTS DAO WEI AND XIU RU LI |
| 14 DAO ZHONG WEI, and XIU RU LI, | |
| 15 Defendants. | |
| 16 | |

17

18

19

20 Defendants Dao Wei and Xiu Ru Li, a married couple, are presently released on pre-trial

21 conditions after being charged as participants in a conspiracy to manufacture marijuana and other

22 related charges. The parties to this action, Plaintiff United States of America by and through

23 Assistant United States Attorney Roger Yang, Defendant Dao Wei by and through his attorney

24 Todd D. Leras, and Defendant Xiu Ru Li by and through her attorney Olaf Hedberg, stipulate as

25 follows:

26 ORDER MODIFYING PRE-TRIAL
RELEASE CONDITION

1. Following a continued detention hearing, held on August 9, 2017, United States Magistrate Judge Edmund F. Brennan ordered Dao Wei released on a $50,000 unsecured bond and various special conditions of release (ECF Docket Entries 51, 52, and 53). One condition of release, Special Condition Number 9, required Dao Wei "to submit to drug and/or alcohol testing as approved by the pretrial services officer." (ECF Entry 53). Special Condition Number 9 further required Dao Wei to pay all or part of the cost for such testing based on his ability to pay.

2. Magistrate Judge Brennan ordered Defendant Xiu Ru Li released on virtually identical conditions at a bail review hearing held on August 14, 2017. (ECF Docket Entries 66, 67, and 73). Special Condition 9 of Xiu Ru Li's Special Conditions of Release, imposing drug/alcohol testing, is identical to the same special condition imposed on her husband. (Docket Entry 67).

3. Dao Wei and Xiu Ru Li are supervised by Program Development Specialist Tai Gaskins. Both defendants have tested regularly since their release. Officer Gaskins reports that all tests for both defendants have been negative.

4. On January 9, 2020, Officer Gaskins contacted the assigned prosecutor and counsel for Dao Wei and Xiu Ru Li by email. Officer Gaskins inquired as to whether the parties would agree to removal of the drug/alcohol testing condition provided all other release conditions remain in full force and effect.

5. The government and defense counsel have no objection to removal of the drug/alcohol testing condition.

The parties therefore request modification of Special Conditions of Release to remove

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITION

Special Condition Number 9 relating to drug/alcohol testing as to both Dao Wei and Xiu Ru Li. All other general and special conditions of release ordered by United States Magistrate Judge Edmund F. Brennan shall remain in full force and effect. Assistant U.S. Attorney Roger Yang and Attorney Olaf Hedberg have reviewed this stipulation and proposed order and authorized Todd Leras to sign it for them.

DATED: January 23, 2020

By  /s/ *Todd D. Leras for*
ROGER YANG
Assistant United States Attorney

DATED: January 23, 2020

By  /s/ *Todd D. Leras for*
OLAF W. HEDBERG
Attorney for Defendant
XIU RU LI

DATED: January 23, 2020

By  /s/ *Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
DAO ZHONG WEI

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITION

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that Special Condition 9, requiring Defendants Dao Wei (Docket Entry 53) and Xiu Ru Li (Docket Entry 67), to participate in drug/alcohol testing and pay for such testing based on financial ability to pay are eliminated. All other general and special conditions of release imposed by this Court for Mr. Wei and Ms. Li remain in full force and effect.

DATED: January 23, 2020

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITION