LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DAO ZHONG WEI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DAO ZHONG WEI, and<br>XIU RU LI,<br><br>  Defendants. | Case No.: 2:17-cr-136 DJC<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:  Hon. Daniel J. Calabretta<br>Date:  October 31, 2024 (Dao Wei)<br>         December 12, 2024 (Xiu Ru Li)<br>Time:  9:00 a.m. |

Defendants Dao Zhong Wei and Xiu Ru Li, a married couple, presently have separate Sentencing Hearing Dates scheduled in this case. Both Defendants require the assistance of a Mandarin language interpreter.

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

Counsel for both Defendants are presently working together to complete mitigation investigation in support of their respective sentencing requests. Some of the mitigation witnesses and evidence are in Philadelphia, Pennsylvania, the city where both Defendants lived and operated a restaurant business for several years before the events giving rise to this case. Completion of this investigation is necessary to afford both Defendants the benefit promised to them in their Plea Agreements to recommend "whatever sentence they deem appropriate" under the factors listed in 18 U.S.C. § 3553(a). In addition, both Defendants suffer from ongoing health issues which are relevant to establish the "nature and circumstances of the offense" and their "history and characteristics" as allowed in 18 U.S.C. § 3553(a)(1).

Given the language barrier, and Defendants' ongoing sentencing mitigation investigation, defense counsel require additional time to complete their joint investigation and preparation of separate sentencing mitigation materials. Moreover, as a practical matter, both Defendants working together on sentencing mitigation investigation and sentencing preparation meetings will reduce the demands on the two certified Mandarin interpreters in this district – particularly during the upcoming holiday season when the need of other Codefendants in this case for their services are likely to put undue pressure on their schedules.

It is therefore requested that the Court vacate the Sentencing Hearing for Defendant Dao Zhong Wei on October 31, 2024, and the Sentencing Hearing scheduled for Defendant Xiu Ru Li on December 12, 2024. Defendants request that the Court set a joint Sentencing Hearing on February 20, 2025.

The assigned probation officer has confirmed her availability on the requested date. She also joins in the request for continuance of the Sentencing Hearing based on the volume of

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

discovery in the case and the need to arrange probation interviews using the services of a Mandarin interpreter.  The government does not oppose the request.  The parties believe that the circumstances described in this Stipulation constitute good cause for continuance of the Sentencing Hearing.  Defendants further request to modify the Pre-Sentence Investigation Report (PSR) Disclosure Schedule as follows:

1. Draft Pre-Sentence Report Date:  January 9, 2025;

2. Informal Objections to Draft Pre-Sentence Report:  January 23, 2025;

3. Final Pre-Sentence Report Date:   January 30, 2025;

4. Motion for Correction Date:  February 6, 2025; and

5.  Reply Date:  February 13, 2025

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Roger Yang, and Attorney Olaf Hedberg on behalf of Defendant Xiu Ru Li, have authorized Todd D. Leras via email to sign this stipulation on their behalf.

DATED:  October 24, 2024          By    */s/ Todd D. Leras for*
                                         ROGER YANG
                                         Assistant United States Attorney


DATED: October 24, 2024           By    */s/ Todd D. Leras for*
                                         OLAF W. HEDBERG
                                         Attorney for Defendant
                                         XIU RU LI


DATED: October 24, 2024           By    */s/ Todd D. Leras*
                                         TODD D. LERAS
                                         Attorney for Defendant
                                         DAO ZHONG WEI

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

**ORDER**

BASED ON GOOD CAUSE, the Sentencing Hearing for Defendant Dao Zhong Wei, currently set for October 31, 2024, is vacated.  The Sentencing Hearing for Defendant Xiu Ru Li, presently scheduled for December 12, 2024, is also vacated.  A Sentencing Hearing for Defendants Dao Zhong Wei and Xiu Ru Li in this matter is continued to February 20, 2025, at 9:00 a.m.   The PSR Disclosure Schedule requested by the parties is adopted.

IT IS SO ORDERED.

Dated:  October 25, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE