LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DAO ZHONG WEI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DAO ZHONG WEI, and<br>XIU RU LI,<br><br>　　　　　　Defendants. | Case No.: 2:17-cr-136 DJC<br><br>ORDER TO CONTINUE   SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:　　Hon. Daniel J. Calabretta<br>Date:　　 February 20, 2025<br>Time:　　  9:00 a.m. |

　　　　Defendants Dao Zhong Wei and Xiu Ru Li, a married couple, presently have a Sentencing Hearing scheduled for February 20, 2025.  Both Defendants have completed their probation interviews.  Draft Presentence Investigation Reports (PSRs) have been prepared and disclosed by the assigned Probation Officer.

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

Both Defendants require the assistance of a Mandarin language interpreter. Defendant Dao Zhong Wei speaks a dialect of Mandarin which only one of the two certified Mandarin interpreters in this district appears to readily understand. On those few occasions when using the alternate certified Mandarin interpreter, Mr. Wei appears to be confused by the interpretation. He repeats himself often and acts, on occasion, as if the interpreter does not understand him, and that he, in turn does not understand the interpreter.

Defendant Wei has expressly requested the assistance of the certified Mandarin interpreter who readily understands his dialect. Mr. Wei is not the only person in this multiple defendant case with a dialect that requires the assistance of one of the two Mandarin interpreters. The dialect issue strains an already limited resource. As a result, defense counsel and the assigned probation officer were required to schedule the probation interview by coordinating their schedules with the schedule of the Mandarin interpreter requested by Mr. Wei.

Dao Zhong Wei's probation interview is now complete. The draft PSR has been prepared and disclosed. However, it was not disclosed in time to allow consultation with Mr. Wei and an informal correction request within the schedule previously set by the Court and required by Local Rule 461. Accordingly, counsel for Dao Zhong Wei requests to continue the Sentencing Hearing and partially modify the remaining PSR disclosure schedule. Counsel for Defendant Xiu Ru Li joins in the request. The government is not opposed to the continuance request and modified PSR disclosure schedule.

Defense counsel for both defendants are also engaged in ongoing defense investigation of sentencing mitigation information. Given the language barrier, and Defendants' ongoing sentencing mitigation investigation, defense counsel require additional time to complete their

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

joint and separate investigations and preparation of separate sentencing mitigation materials.

It is therefore requested that the Court vacate the Sentencing Hearing set for February 20, 2025.  Defendants request that the Court continue the Sentencing Hearing to April 10, 2025.

The assigned probation officer has confirmed her availability on the requested date.  She also joins in the request for continuance of the Sentencing Hearing.  The government does not oppose the request.  The parties believe that the circumstances described in this Stipulation constitute good cause for continuance of the Sentencing Hearing.  Defendants further request to modify the remaining Pre-Sentence Investigation Report (PSR) Disclosure Schedule as follows:

1. Informal Objections to Draft Pre-Sentence Report:  March 13, 2025;

2. Final Pre-Sentence Report Date:  March 20, 2025;

3. Motion for Correction Date:  March 27, 2025; and

4. Reply Date:  April 3, 2025

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Roger Yang, and Attorney Olaf Hedberg on behalf of Defendant Xiu Ru Li, have authorized Todd D. Leras via email to sign this stipulation on their behalf.

DATED:  February 5, 2025              By     */s/ Todd D. Leras for*
                                                                               ROGER YANG
                                                                               Assistant United States Attorney

DATED: February 5, 2025              By     */s/ Todd D. Leras for*
                                                                               OLAF W. HEDBERG
                                                                               Attorney for Defendant
                                                                               XIU RU LI

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

DATED: February 5, 2025      By      /s/ Todd D. Leras
                                      TODD D. LERAS
                                      Attorney for Defendant
                                      DAO ZHONG WEI

**ORDER**

BASED ON GOOD CAUSE, the Sentencing Hearing for Defendants Dao Zhong Wei and Xiu Ru Li, presently scheduled for February 20, 2025, is vacated. A new Sentencing Hearing is scheduled for April 10, 2025, at 9:00 a.m. The modified partial PSR Disclosure Schedule requested by the parties is adopted.

IT IS SO ORDERED.

Dated: February 6, 2025           /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE